Craig H. Durham, ISB No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208)-345-5183
F: (208)-906-8663
chd@fergusondurham.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00144-1-BLW |
|---|---|
| Plaintiff, | |
| | **NOTICE OF APPEAL** |
| v. | |
| EFRAIN GUZMAN-CASTRO, | |
| Defendant. | |

Notice is hereby given that Defendant appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment and Conviction (Dkt. 75), entered in this action on the 10th day of February 2017.

Dated this 22nd day of February 2017.

/s/ Craig H. Durham
Attorney for Defendant

NOTICE OF APPEAL - 1

# CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2017, a true and correct copy of this Notice was served on all parties named below through the Court's CM/ECF system:

Bryce Ellsworth
bryce.ellsworth@usdoj.gov

Attorney for the United States

David Heida
david@heidalawoffice.com

Attorney for Co-defendant Cinthia Velasquez

/s/ Craig H. Durham